DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAFAEL RODRIGUEZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0189 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER of DENIAL |
| v. | ) | |
| | ) | Date:   October 8, 2009 |
| RAFAEL RODRIGUEZ-MENDOZA, | ) | Time:   9:00 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for September 11, 2009, **may be**

**continued to October 8, at 9:00 A.M.**

   This reason for the continuance is to permit further plea negotiations and investigation. This

continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

////

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for effective defense

3  preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

4                                                LAWRENCE BROWN
                                               United States Attorney
5

6  DATED:  September 9, 2009              By:    /s/ *Ian Garriques*
                                               IAN GARRIQUES
7                                              Assistant United States Attorney
                                               Attorney for Plaintiff
8

9                                              DANIEL J. BRODERICK
                                               Federal Defender
10

11 DATED:  September 9, 2009              By:    /s/ *Ann H. Voris*
                                               ANN H. VORIS
12                                             Assistant Federal Defender
                                               Attorney for Defendant
13                                             RAFAEL RODRIGUEZ-MENDOZA

14

15

16

17                              **O R D E R**

18 THE REQUEST IS DENIED.  THE USE OF A GENERIC PHRASE SUCH AS "TO PERMIT

19 FURTHER NEGOTIATIONS AND INVESTIGATION" DOES NOT ESTABLISH GOOD CAUSE.

20 IT IS A PHRASE THAT COULD BE USED IN EVERY CASE, AND DOES NOT GIVE AN

21 ADEQUATE REASON WHY THE NEGOTIATIONS AND INVESTIGATION HAVE NOT BEEN

22 CONDUCTED IN A TIMELY FASHION.

23 IT IS SO ORDERED.

24 **Dated:   September 9, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order          −2−