DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAFAEL RODRIGUEZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAFAEL RODRIGUEZ-MENDOZA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:09-cr-0189 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> Date:  October 8, 2009 <br> Time:  9:00 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 11, 2009, **may be continued to October 8, at 9:00 A.M.**

This reason for the continuance is to permit further plea negotiations and investigation, related to Mr. Rodriguez' appeal of his conviction in state court. The appeal could affect his criminal history and his time. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

////

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice, including but not limited to, the need for the period of time set forth herein for effective defense
3    preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

|  |  |
|---|---|
|  | LAWRENCE BROWN<br>United States Attorney |
| DATED: September 9, 2009 | By: /s/ *Ian Garriques*<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 9, 2009 | By: /s/ *Ann H. Voris*<br>ANN H. VORIS<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAFAEL RODRIGUEZ-MENDOZA |

**O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 10, 2009**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    −2−